AO 247 (Rev. 11/11) Order Regarding Motion/Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

United States of America

v.

JESUS GOMEZ
aka Jesse Gomez

)
)
)
)
)
)
)

Case No:   2:12-cr-124-JCM-CWH

USM No:   46708-048

Date of Original Judgment:   10/01/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Nisha Brooks-Whittington, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION/STIPULATION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion/stipulation of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 57     months **is reduced to**   46     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     10/01/2012     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     03/09/2015

*Judge's signature*

Effective Date:     11/01/2015
*(if different from order date)*

JAMES C. MAHAN, U.S. DISTRICT JUDGE
*Printed name and title*

(Rev. for NVD 02/15)